# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-7 (WLS-TQL) |
| | : |
| RYAN SIRMANS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is Defendant's Unopposed Motion to Continue Trial, which was filed on May 9, 2023. (Doc. 20.) Therein, Defendant requests that this Court continue the June 5, 2023, trial of this matter. (*Id.*) The reason that a continuance is requested Defendant requires additional time to review discovery, consider any appropriate pretrial motions and prepare a proper defense.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 20) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The May 16 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 11th day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**