# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-07 (WLS-TQL-1) |
| | : | |
| RYAN SIRMANS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Court has received notice from the United States Probation Office that they will be unable to prepare a presentence investigation report in time for the sentencing of Defendant Ryan Sirmans in time for his scheduled January 18, 2024, sentencing hearing. Accordingly, the Court **CONTINUES** Defendant Sirman's sentencing hearing until **Thursday, March 28, 2024 at 3pm** in the Albany Courthouse or as otherwise ordered by the Court.

**SO ORDERED**, this 11th day of January 2024.

                                          **/s/ W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**